EL PUEBLO DE PUERTO RICO, demandante y apelante, *v.* SIXTO LÓPEZ FIGUEROA o TITO LÓPEZ FIGUEROA, acusado y apelante.

Núm. 9378.—*Sometido:* Junio 23, 1942. *Resuelto:* Junio 26, 1942.

*Juan Lastra,* abogado del apelante; *Hon. Procurador General George A. Malcolm, R. A. Gómez, Fiscal del Tribunal Supremo* y *Luis Negrón Fernández, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR TODD, JR. emitió la opinión del tribunal.

El único error que alega el apelante en este recurso contra la sentencia dictada por la Corte de Distrito de San Juan

que lo declaró culpable de una infracción a la llamada Orden Final de la Comisión de Servicio Público, consiste en que no se probó "que el acusado tomó por asiento los pasajeros, sino que únicamente se alegó que desmontó a dichos pasajeros y por tanto el solo hecho de 'desmontar' no implica infracción alguna a la Orden Final."

Carece de méritos la cuestión suscitada.

En la denuncia se alega que el 16 de octubre de 1940:

" . . . el acusado Tito López Figueroa allí y entonces, ilegal, voluntaria, maliciosa y criminalmente sin haber sido previamente autorizado por la Comisión de Servicio Público de Puerto Rico, y mientras manejaba como *chauffeur* el automóvil núm. P–2102, actuaba como porteador público, transportando pasajeros por asiento en dicho vehículo por la calle Salvador Brau, entre Tanca y San Justo, que forma parte del distrito judicial de San Juan, desmontó dos pasajeros de dicho vehículo pagando éstos en mi presencia el importe de cinco cts. cada uno, siendo ésta una ruta servida por la White Star Bus Line, de Río Piedras, con franquicia de Río Piedras a San Juan y vice versa infringiendo de este modo la orden final de la Comisión de Servicio Público de 4 de enero de 1938, . . ."

Y la orden final mencionada, copiada en la denuncia, prohibe que todo vehículo de motor, que no hubiere sido previamente autorizado por la Comisión, opere como porteador público en el transporte de pasajeros por asiento, entre los municipios de San Juan y Río Piedras o dentro de dichos municipios o entre puntos intermedios.

De la prueba de cargo, creída por la corte inferior, aparece que en presencia del policía denunciante el acusado manejaba una guagüita pública de seis pasajeros entre las calles Tanca y San Justo de San Juan y al parar frente a la Farmacia Blanco se desmontaron dos pasajeros y le pagaron al acusado cinco centavos cada uno; que el acusado le dijo al policía que venía de Santurce.

Somos de opinión que esta prueba es suficiente. La teoría del apelante de que es necesario probar en estos casos que el denunciante vió cuando los pasajeros montaron en el

vehículo no está sostenida ni por los términos en que está redactada la orden final ni por nuestra jurisprudencia.

*Debe confirmarse la sentencia apelada.*

El Juez Asociado Sr. Travieso no intervino.